**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KIM YANCEY,

                      Plaintiff,                          16 **CIVIL** 1855 (PAE)

                -against-                          **JUDGMENT**

LH HOSPITALITY LLC d/b/a JANE and
ROCINANTE CORP.,

                      Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 8, 2020, plaintiff's counsel Donald J. Weiss, has a judgment against defendants in the sum of $3,800 as and for his attorney's fees.

**Dated:**  New York, New York
             December 8, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                             Clerk of Court
                            **BY:**
                                                        _____
                                                             Deputy Clerk